IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRYAN PORRAS**  **PETITIONER**
ADC #168751

v.  Case No: 4:25-cv-00365-LPR

**DEXTER PAYNE**  **RESPONDENT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. A certificate of appealability will not issue.

IT IS SO ADJUDGED this 16th day of January 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE